Decided January 26, 1995

## STATE OF CONNECTICUT *v.* RAFAEL LOPEZ

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 927 (AC 11676), is granted, limited to the following issue:

"Whether the defendant was denied due process of law when the trial court failed to give the defendant notice and the right to be heard before the trial court ordered the transcript of its instructions to the jury rectified."

The Supreme Court docket number is SC 15186.

*Lauren Weisfeld,* assistant public defender, in support of the petition.

*Mitchell S. Brody,* assistant state's attorney, in opposition.

Decided January 26, 1995